**07 CV 5697**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Westchester Building Company, LLC,

**Plaintiff**

-v-

Ameriquest Mortgage Company,
**Defendant**

Case No.

**JUDGE KAPLAN**

**Rule 7.1 Statement**

   Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Westchester Building Company LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

   Not applicable

RECEIVED
JUN 1 4 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Date: 6/14/07

Signature of Attorney

Attorney Bar Code: JBI 5349

Form Rule7_1.pdf