RECEIVED JUL 05 2007 JUDGE KAPLAN'S CHAMBERS

KAPLAN J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

11192 00020885

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
WESTCHESTER BUILDING COMPANY, LLC,

        Plaintiff,

-against-

AMERIQUEST MORTGAGE COMPANY,

        Defendant.
----------------------------------X

Case No. 07cv5697 (LAK)

**NOTICE OF DISMISSAL**

    TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 41, Plaintiff hereby discontinues the above-captioned proceeding without prejudice, without costs to any party as against any other.

Dated:    New York, New York
           June 29, 2007

                              ITKOWITZ & HARWOOD
                              Attorneys for Plaintiff
                              WESTCHESTER BUILDING
                              COMPANY, LLC

                 By:   _____
                        Jay B. Itkowitz
                        (JBI 5349)
                        305 Broadway. 7th Floor
                        New York, New York 10007
                        (646) 822-1801

To:   ACC CAPITAL HOLDINGS CORP.
      1100 Town & Country Road
      Suite 400
      Orange, California 92868
      Attn: James Anderson
            Joshua Perttula

**SO ORDERED:**

_____
U.S.D.J.

7/9/07